It is so Ordered.  Case dismissed without prejudice.
*/s/ John R. Adams*
U.S. District Judge
January 26, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SAVANNAH LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br><br>Defendant. | CASE NO.: 5:22-cv-02146-JRA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff Savannah Licensing LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all of the claims asserted against Defendant Citizens Financial Group, Inc. in the within action WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.  Citizens Financial Group, Inc. has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: January 26, 2023 | Respectfully submitted,<br><br>SAND, SEBOLT & WERNOW CO., LPA<br><br>*/s/ Howard L. Wernow*<br>Howard L. Wernow (SBN 0089019)<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Howard.Wernow@sswip.com<br><br>ATTORNEY FOR PLAINTIFFTIFF |

1